Dear Judge Williams

Please accept this statement as a response to the letter written by Shamari "Dakota" Smith to this Court.

Dakota's letter to this court makes clear that a just sentence is a prison sentence.  This was this criminal defendant's last opportunity to accept responsibilities for her actions  and show true remorse for her criminal behavior. Instead, she blames her co-defendant Roberson and God for putting her "thru all these trials and tribulations" and portrays herself as a victim to gain undeserved sympathy from the Court.  She is trying to make this court believe that her conduct was out fear and her "negligence." Nothing could be further from the truth.

 Roberson was in jail on unrelated gun charges.  When he was released on bond pending trial, she made the conscious choice to get back together with him. Everyone knew she was "Cutty's girl" for years. She got back with him knowing he was a stick-up kid and a cold-blooded killer. Why? Because she was a willing participant in the thug life.  Every single decision and subsequent action was based on her desire to help him escape responsibility for kidnapping, robbing, murdering and burning Paco.   As Paco's dead body laid bleeding out in the hatch of his vehicle, Dakota was smiling and laughing and showing off his Gucci cap, diamond earrings and a diamond "F" pendent in a snap chat post. There was no fear.  She was as happy as can be enjoying the fruits of her man's murderous labor. Her initial claim that the items were given to her as Christmas presents and she had no idea they were stolen is ridiculous.  The  Gucci cap's inside rim was filthy because Paco wore this cap regularly. The diamond earrings were filthy because Paco wore the earrings every single day.  He never removed them not even to sleep or shower. They were so visibly crusty he would often be teased about cleaning them.  There is no way she could have thought these obviously used items were purchased for her as Christmas presents.  None of this criminal defendant's names begin with an "F" so why would Roberson buy her an "F" pendent for Christmas.  There is no doubt she knew as early as Christmas day that these were stolen items.  As his partner in crime, Roberson most certainly told her what he did. It is believed that Roberson facetimed Dakota from Paco's car and showed her his dead body.  In turn, she did everything in her power to help him.

She sold the stolen goods and lied to the investigators.  There was no negligence. These were intentional criminal acts.

Dakota claims she wants a fresh start, a second chance. However, she is still living her life exactly as she was when my nephew was murdered.  She still posting snapchat  (user name "Slimthickslick") videos of herself practically naked coupled with images of marijuana urging her followers to go see her dance at Lucky's a CT bar.  Nothing has changed. This is her lifestyle. She did the crimes and she now should do the time. If she is allowed to escape accountability she will continue to be involved in criminal activity.

I most respectfully request that this Court sentence Shamari Smith to the maximum prison sentence.


Paternal Aunt